```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 06120
    BRENDA J LEWIS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-6570

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/26/2006 and was confirmed 07/12/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 12/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
SAXON MORTGAGE            CURRENT MORTG          .00           .00            .00
SAXON MORTGAGE            MORTGAGE ARRE     13084.40           .00      13084.40
SAXON MORTGAGE            MORTGAGE NOTI NOT FILED             .00            .00
AT & T BANKRUPCTY         UNSEC W/INTER NOT FILED             .00            .00
FIRST PREMIER CREDIT      UNSEC W/INTER NOT FILED             .00            .00
INSTANT CASH ADVANCE      UNSEC W/INTER NOT FILED             .00            .00
NATIONAL STUDENT LOAN PR  UNSEC W/INTER          .00           .00            .00
ECMC                      UNSEC W/INTER          .00           .00            .00
NATIONAL STUDENT LOAN PR  UNSEC W/INTER          .00           .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER       280.49           .00            .00
CREDITORS BANKRUPTCY SER  UNSEC W/INTER       725.00         26.71            .00
GE AUTO FINANCIAL SERVIC  UNSEC W/INTER      7974.00        293.99            .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT       354.00           .00         354.00
ECMC                      NOTICE  ONLY   NOT FILED            .00            .00
CUSTOMIZED AUTO CREDIT    NOTICE  ONLY   NOT FILED            .00            .00
HARRAHS ILLINOIS CORP     NOTICE  ONLY   NOT FILED            .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     3,000.00                       3,000.00
TOM VAUGHN                TRUSTEE                                        1,158.15
DEBTOR REFUND             REFUND                                            11.25

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE           17,928.50

PRIORITY                                     354.00
SECURED                                   13,084.40
UNSECURED                                        .00
    INTEREST                                 320.70
ADMINISTRATIVE                             3,000.00
TRUSTEE COMPENSATION                       1,158.15

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 06120 BRENDA J LEWIS
```

```
DEBTOR REFUND                                                  11.25
                                       ---------------   ---------------
TOTALS                                      17,928.50         17,928.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
  Dated: 03/05/09                     _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE